# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY GLENN CHITTENDEN

NO. 2019 KW 1627

**MAR 0 3 2020**

In Re:    Jeffery Glenn Chittenden, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458,245.

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** We have been advised by the judge's office that the district court is proceeding toward disposition of relator's "Motion to Correct An Illegal Sentence and/or For A Contradictory Hearing" as it is set for hearing on March 11, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.